**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe**

**Civil Action No.**  10-cv-01259-MSK-MJW                FTR - Courtroom A-502

**Date:**  January 14, 2011                              Courtroom Deputy, Monique Wiles

| *Parties* | *Counsel* |
|---|---|
| ROBERT LOWMAN, | Jason W. Jordan |
| ANDRE LOWMAN, | J. Kyle Bachus |
| SERINOL LOWMAN, and | |
| THE ESTATE OF SANDRA LOWMAN (ANDRE LOWMAN AS PERSONAL REPRESENTATIVE), | |
| Plaintiff(s), | |
| v. | |
| CITY OF AURORA, | Teresa Kinney |
| SEQUAL TECHNOLOGIES, INC., and | James A. Johnson |
| LINDE GAS NORTH AMERICA, LLC, | Michael W. Jones |
| | Jeanne C. Baak |
| Defendant(s). | |

**COURTROOM MINUTES / MINUTE ORDER**

**HEARING**:   **TELEPHONIC STATUS CONFERENCE**
**Court in Session:  9:07 a.m.**
Court calls case.  Appearances of counsel.

Counsel provides status of the case to the court.

**It is ORDERED:**     Defendant, City of Aurora's oral Motion to Dismiss the Motion to Dismiss Pursuant to Fed.R.Civ.P.12 (b)(6) [Doc. No. 32, filed 10/25/2010] is **WITHDRAWN** by Defendant, City of Aurora.

**It is ORDERED**:     A further Telephone Status Conference is set for **March 15, 2011 at 9:00 a.m.**

Hearing concluded.
**Court in recess:  9:23 a.m.**
Total In-Court Time 00:16

To order a transcript of this proceedings, contact  Avery Wood Reports   (303) 825-6119  or   Toll Free   1-800-962-3345.