IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01259-MSK-MJW

ROBERT LOWMAN,
ANDRE LOWMAN, and
SERIONOL LOWMAN,

Plaintiff(s),

v.

CITY OF AURORA,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Stipulated Motion for Protective Order (docket no. 54) is GRANTED finding good cause shown. The written Protective Order (docket no. 54-1) is APPROVED as amended in paragraph 13 and made an Order of Court.

Date: February 17, 2011