IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 10-cv-01259-MSK-MJW

ROBERT LOWMAN;
ANDRE LOWMAN; and
SERINOL LOWMAN,

       Plaintiffs,

v.

CITY OF AURORA,

       Defendant.

## ORDER DISMISSING CLAIMS

THIS MATTER comes before the Court on the Unopposed Motion for Dismissal With Prejudice of Linde Gas North America, LLC and Sequal Technologies Inc. (Motion) **(#58)** filed March 9, 2011, and the Supplement/Amendment thereto **(#61)**. Having reviewed same,

IT IS ORDERED that the Motion is GRANTED. Any and all claims asserted by Plaintiffs against Defendants Sequal Technologies Inc. And Linde Gas North America, LLC are hereby DISMISSED, with prejudice, each party to bear his, her or its own costs and attorneys' fees. All future captions shall so reflect.

DATED this 16th day of March, 2011.

                                          **BY THE COURT:**

                                          Marcia S. Krieger
                                          United States District Judge